UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD G. FARRIES, SR., | 1:04-cv-05319-REC-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11) |
| vs. | **ORDER DISMISSING COMPLAINT AND DIRECTING ENTRY OF JUDGMENT FOR DEFENDANTS** |
| SCHWARZENEGGER, et al., | |
| Defendants. | |

Plaintiff, Richard G. Farries, Sr. ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 28, 2005, the Magistrate Judge filed Findings and Recommendations that the action be dismissed for Plaintiff's failure to file an Amended Complaint. The Findings and Recommendations herein were served on plaintiff and contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To

1

1  date, plaintiff has not filed objections thereto.[1]

2      In accordance with the provisions of 28 U.S.C.
3  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
4  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
5  entire file, the Court finds the Findings and Recommendations to
6  be supported by the record and by proper analysis.

7      Accordingly, IT IS HEREBY ORDERED that:

8      1.   The Findings and Recommendations, filed June 28, 2005,
9  are ADOPTED in full; and,

10     2.   The complaint, and therefore this action, is DISMISSED
11 pursuant to Local Rule 11-110, and based on plaintiff's failure
12 to obey the court's order of May 12, 2005, and for plaintiff's
13 failure to state a claim on which relief could be granted.

14     IT IS SO ORDERED.

15 **Dated:  September 7, 2005**           /s/ Robert E. Coyle
    668554                                UNITED STATES DISTRICT JUDGE

---

[1] The United States Postal Service returned the order served on plaintiff on July 11, 2005, as undeliverable. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. <u>See</u> Local Rule 83-182(f).

2